FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

OCT 21 2026

JM
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 1:26-cr-00008 |
| v. | ) | |
| | ) | 18 U.S.C. § 611 |
| | ) | 18 U.S.C. § 911 |
| MARIELA ELIZABETH AVILA ORTIZ | ) | 18 U.S.C. § 1015(f) |

# INDICTMENT

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

1. The defendant, **MARIELA ELIZABETH AVILA ORTIZ**, was born in Honduras and is a citizen of Honduras.

2. **MARIELA ELIZABETH AVILA ORTIZ** is not a United States citizen.

3. On or about September 17, 2024, **MARIELA ELIZABETH AVILA ORTIZ** completed an application to register to vote in Tennessee, in which she claimed to be a United States citizen.

4. On or about November 5, 2024, **MARIELA ELIZABETH AVILA ORTIZ** voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Member of the Senate, or Member of the House of Representatives.

## COUNT ONE

THE GRAND JURY FURTHER CHARGES:

5. Paragraphs 1 through 4 are re-alleged and incorporated by reference as though fully set forth herein.

6. On or about September 17, 2024, in the Middle District of Tennessee, the defendant, **MARIELA ELIZABETH AVILA ORTIZ**, did falsely and willfully represent herself to be a citizen of the United States, to wit: **MARIELA ELIZABETH AVILA ORTIZ** falsely and willfully represented herself to be a citizen of the United States in a Tennessee Mail-In Application for Voter Registration.

In violation of Title 18, United States Code, Section 911.

COUNT TWO

THE GRAND JURY FURTHER CHARGES:

7. Paragraphs 1 through 4 are re-alleged and incorporated by reference as though fully set forth herein.

8. On or about September 17, 2024, in the Middle District of Tennessee, the defendant, **MARIELA ELIZABETH AVILA ORTIZ**, did knowingly make a false statement or claim that she was a citizen of the United States in order to register to vote or to vote in any federal, state, or local election, to wit: **MARIELA ELIZABETH AVILA ORTIZ** knowingly made a false statement or claim that she was a citizen of the United States in a Tennessee Mail-In Application for Voter Registration in order to register to vote or to vote in a federal, state, or local election.

In violation of Title 18, United States Code, Section 1015(f).

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

9. Paragraphs 1 through 4 are re-alleged and incorporated by reference as though fully set forth herein.

10. On or about November 5, 2024, in the Middle District of Tennessee, the defendant, **MARIELA ELIZABETH AVILA ORTIZ**, an alien, did knowingly vote in an election held solely

or in part for the purpose of electing a candidate for the office of President, Member of the Senate, or Member of the House of Representatives, to wit: **MARIELA ELIZABETH AVILA ORTIZ** was an alien and knowingly voted in the November 5, 2024, election, which was held in part for the purpose of electing a candidate for the office of President, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

[redacted]

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

F. DALTON THOMPSON III
ASSISTANT UNITED STATES ATTORNEY